**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION**

| | |
|---|---|
| CHARLES CASTON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 4:06-CV-1729-CAS |
| ) | |
| UNKNOWN GUTIERREZ, UNKNOWN GUTKNECHT,) | |
| UNKNOWN HALL, UNKNOWN HARMON, ) | |
| UNKNOWN HARRIS, UNKNOWN HART, ) | |
| UNKNOWN HASTERT, UNKNOWN HASTINGS, ) | |
| UNKNOWN HAYES, UNKNOWN ) | |
| HAYWORTH, UNKNOWN HEFLEY, ) | |
| UNKNOWN HENSARLING, UNKNOWN ) | |
| HERGER, UNKNOWN HERSETH, UNKNOWN ) | |
| HIGGINS, UNKNOWN HINCHEY, UNKNOWN ) | |
| HINOJOSA, UNKNOWN HOBSON, UNKNOWN ) | |
| HOEKSTRA, UNKNOWN HOLDEN, UNKNOWN ) | |
| HOLT, UNKNOWN HONDA, UNKNOWN ) | |
| HOOLEY, UNKNOWN HOSTETTIER, UNKNOWN ) | |
| HOYER, UNKNOWN HULSHOF, UNKNOWN ) | |
| HUNTER, UNKNOWN HYDE, UNKNOWN ) | |
| INGLIS, UNKNOWN INSLEE, UNKNOWN ) | |
| ISRAEL, UNKNOWN ISSA, UNKNOWN ISTOOK,) | |
| UNKNOWN JACKSON, JR., UNKNOWN ) | |
| JACKSON, UNKNOWN JEFFERSON, UNKNOWN ) | |
| JENKINS, UNKNOWN JINDAL, UNKNOWN ) | |
| JOHNSON, and UNKNOWN JOHNSON, ) | |
| ) | |
| Defendants. ) | |

**ORDER OF DISMISSAL
PURSUANT TO 28 U.S.C. § 1915(e)(2)(B)**

In accordance with the memorandum and order of this date and incorporated herein,

**IT IS HEREBY ORDERED** that plaintiff's complaint is **DISMISSED**, without prejudice, pursuant to 28 U.S.C. § 1915(e)(2)(B).

**IT IS HEREBY CERTIFIED** that an appeal from this dismissal would not be taken in good faith. See 28 U.S.C. § 1915(a)(3).

／s／ Charles A. Shaw
_____
**CHARLES A. SHAW**
**UNITED STATES DISTRICT JUDGE**

Dated this   21st   day of December, 2006.